THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 3:70-CV-847-MHT |
| UNITED STATES OF AMERICA, ) | (WO) |
| Plaintiff-Intervenor and ) | |
| Amicus Curiae, ) | |
| ) | |
| v. ) | |
| ) | |
| NATIONAL EDUCATION ASSOCIATION, ) | |
| INC., ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| RANDOLPH COUNTY BOARD OF ) | |
| EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

OPINION AND ORDER

There were no objections filed to the recommendation of the magistrate Judge filed herein on February 24, 2011.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.  Accordingly, it is the ORDER, JUDGEMENT, and Decree of the court that:

(1) The magistrate judge's recommendation (Doc. No. 309) is adopted.

(2) The motion for order approving proposed consent decree (Doc. No. 299) is granted.

(3) The proposed consent decree (Doc. No. 299) is approved and adopted.

This case is closed administratively.

DONE, this the 31st day of March, 2011.

                                          /s/   Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE