IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY T. LEE, et al., | ) | |
|     Plaintiffs, | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) | CIVIL ACTION NO.: |
|     Plaintiff-Intervenor and Amicus Curiae, | ) ) ) | 3:70cv847-MHT (WO) |
| NATIONAL EDUCATION ASSOCIATION, INC., | ) ) ) ) | |
|     Plaintiff-Intervenor, | ) ) | |
| v. | ) ) ) | |
| RANDOLPH COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
|     Defendants. | ) | |

**ORDER**

The court being of the opinion that the proposed reconfiguration of Woodland High School would have no adverse impact on the desegregation of the Randolph County School System, and with the consent of all parties, it is ORDERED as follows:

(1) Defendant Randolph County Board of Education's motion for court approval of school reconfiguration (doc. no. 422) is granted.

(2) The court approves the reconfiguration of Woodland High School into two self-contained, distinct and separate schools: Woodland High School and Woodland Elementary School.

DONE, this the 20th day of April, 2017.

                                    /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**