IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ANTHONY T. LEE, et al.,        )
                               )
    Plaintiffs,                )
                               )
UNITED STATES OF AMERICA,      )
                               )
    Plaintiff-Intervenor,      )
                               )    CIVIL ACTION NO.
    v.                         )     3:70cv847-MHT
                               )         (WO)
RANDOLPH COUNTY BOARD OF       )
EDUCATION, et al.,             )
                               )
    Defendants.                )
```

ORDER

After carefully considering the parties' proposed plan for a public fairness hearing (Doc. 518), it is ORDERED that the plan is approved and adopted as an order of the court. The parties are to comply with the plan.

It is further ORDERED that defendants submit (1) a summary of the comments by theme (such that like comments are summarized together) and (2) defendants' response to the comments, explaining why comments (if

they are objections) lack merit and why the court should nonetheless grant the motion for unitary status. Defendants are to submit the summary and response (after gathering input from the other parties) by 5:00 p.m. on May 12, 2021.  (For those comments that come in after the deadlines, the parties are to supplement their summary and response if possible.)

DONE, this the 6th day of April, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**