IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY T. LEE, et al., | ) | |
|     Plaintiffs, | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
|     Plaintiff-Intervenor and Amicus Curiae, | ) ) ) ) | CIVIL ACTION NO. |
| NATIONAL EDUCATION ASSOCIATION, INC., | ) ) ) ) | 3:70cv847-MHT (WO) |
|     Plaintiff-Intervenor, | ) ) | |
| v. | ) ) | |
| RANDOLPH COUNTY BOARD OF EDUCATION, et al., | ) ) ) | |
|     Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The motion for declaration of unitary status and termination of this litigation, filed by defendant Randolph County Board of Education on February 26, 2021

(Doc. 509), is granted.

(2) The Randolph County School System is DECLARED to be unitary.

(3) All outstanding orders and injunctions are dissolved as to defendants Randolph County Board of Education, its members, and the County Superintendent of Education.

(4) This litigation is dismissed as to defendants Randolph County Board of Education, its members, and the County Superintendent of Education.

DONE, this the 22nd day of June, 2021.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**